

**EQUAL ACCESS**
—— LAW GROUP PLLC ——

68-29 Main Street,

Flushing, New York 11367

Tel.: +1 (917) 437-3737

Email: mcohen@ealg.law

<u>**VIA ECF**</u>
Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

August 13, 2025

RE: **Sumlin v. Amer Sports Winter & Outdoor Company. DOCKET NO. 1:25-cv-3148**

Dear Judge Failla:

The undersigned represents Dennis Sumlin, the plaintiff in the above-referenced matter. I write

to advise the Court that this case has been settled in principle. The parties are currently in the process

of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with

Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the

Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

Thank you for your time and consideration on this matter.

Respectfully,

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

<u>**/s/ Michael H. Cohen**</u>

By:  Michael H. Cohen, Esq.
     68-29 Main Street,
     Flushing, NY 11367
     O: (844) 731-33463
     C: +1 (917) 437-3737
     Email: mcohen@ealg.law

