UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

DENNIS SUMLIN, on behalf of himself and all others similarly situated,

          Plaintiffs,

v.

Amer Sports Winter & Outdoor Company,

          Defendant.

---------------------------------------------------------------- x

Case no. 1:25-cv-3148-KPF

STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated: August 29, 2025

_____
Michael H. Cohen
EQUAL ACCESS LAW GROUP, PLLC
68-29 Main Street,
Flushing, NY 11367
T: (917) 437-3737
E: mcohen@ealg.law
*Attorney for Plaintiff*

/s/ _____
Raymond Perez, Esq.
Suma S. Thomas, Esq.
1133 Westchester Avenue
White Plains, New York 10604
T: (914) 872-7307
E: suma.thomas@wilsonelser.com
E. raymond.perez@wilsonelser.com
*Attorneys for Defendant*